IC

**United States District Court**

**Northern District of Illinois**

**Jason Riley,**
Plaintiff,

v.

**Sonova,**
Defendant.

Case No.: _____ (to be filled by the Clerk)

RECEIVED
SEP 22 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cv-11454
Judge Manish S. Shah
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/CAT. 1

## COMPLAINT

### 1. Jurisdiction

This action arises under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

### 2. Parties

- Plaintiff **Jason Riley** is a resident of Illinois.
- Defendant **Sonova** is a corporation doing business in Illinois with more than 15 employees.

### 3. Exhaustion of Administrative Remedies

- Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC).
- The EEOC issued a Notice of Right to Sue dated **June 18, 2025,** which Plaintiff received by email on **June 23, 2025**
- Plaintiff is filing this action within 90 days of receiving the Notice.

### 4. Statement of Facts

1. Plaintiff was employed by Defendant as **Customer support specialist** July 29, 2024 until March 2, 2025
2. Plaintiff has a disability — anxiety and depression — that substantially limits one or more major life activities, including concentrating, thinking, and working.

3. Plaintiff requested reasonable accommodations, including **ongoing therapy and schedule adjustments to manage anxiety and depression**.

4. Defendant failed and refused to provide reasonable accommodations.

5. On or about **December 18,2024** Plaintiff was falsely written up by Human Resources due to misrepresentations by supervisors.

6. Defendant's actions created a hostile work environment and adversely affected Plaintiff's employment, health, and well-being.

7. Defendant discriminated against Plaintiff because of his disability and retaliated against him for requesting accommodations and/or challenging wrongful HR actions.

## 5. Claims

- Defendant violated the **Americans with Disabilities Act** by:
    1. Discriminating against Plaintiff because of his disability;
    2. Failing to provide reasonable accommodations;
    3. Retaliating against Plaintiff for requesting accommodations and/or challenging false HR write-ups.

## 6. Relief Requested

Plaintiff respectfully requests that the Court grant the following relief:

- Back pay and lost wages;
- Compensatory damages for emotional distress caused by the discrimination and retaliation;
- Reinstatement to employment or front pay in lieu thereof;
- Any reasonable accommodations necessary to allow Plaintiff to perform his job duties;
- Any other relief the Court deems just and proper.

---

**Respectfully submitted,**

Jason Riley
736 Oak Ave
Aurora IL 60506
3312500305
Pro Se Plaintiff